In the Matter of GENERAL INSURANCE COMPANY, LTD., OF TRIESTE & VENICE. CABELL & CABELL, Appellant-Respondent; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of General Insurance Company, Ltd., of Trieste & Venice, Respondent-Appellant.—

No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application for Appointment of a Committee of the Person and Property of ANNA KALTMAN, an Alleged Incompetent Person. ANNA KALTMAN, Alleged Incompetent Person, and JACOB GOLDBERG, Petitioner, Appellants; MEYER ALTERMAN, as Special Guardian, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of MANHATTAN SAVINGS BANK, Appellant. HALVEY REALTY CO., INC., Respondent.—

No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [180 Misc. 642.]

JOSEPH GALLIN v. LURIE AUTO CO., INC.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

MATTHEW GOLDSTEIN, Suing on His Own Behalf and on Behalf of All Other Stockholders of Singer Manufacturing Company, v. MILTON C. LIGHTNER et al.

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

DOMINICK ORLANDO v. MANHATTAN FIRE & MARINE INSURANCE COMPANY.—

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

JAN SABL v. LAENDERBANK WIEN AKTIENGESELLSCHAFT and BANQUE DES PAYS DE L'EUROPE CENTRALE. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

FLORENCE C. SCHMITT v. GEORGE V. SMITH et al.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JAN SABL v. LAENDERBANK WIEN AKTIENGESELLSCHAFT and BANQUE DES PAYS DE L'EUROPE CENTRALE. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MARIE C. LOWE v. HENRY W. LOWE. — Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

AUTOCAR SALES & SERVICE COMPANY, INC., v. LEO LEVINE et al., Copartners under the Name of LEVINE MOVING & STORAGE COMPANY.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.